UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Elias Friedman

                Plaintiff,

v.                                           Case No.: 1:19−cv−05909
                                                     Honorable John Robert Blakey

Financial Industry Regulatory Authority, Inc.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, December 19, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 12/19/2019. Petitioner's motion to confirm arbitration [5] is denied without prejudice. Petitioner shall file a memorandum establishing federal jurisdiction on or before 1/20/2020. Status hearing set for 1/23/2020 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.